# In the United States Court of Federal Claims

No. 12-488C
(Filed: May 11, 2015)

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | | |
| THE MEYER GROUP, LTD., | * | Amendment of Opinion |
| Plaintiff, | * | |
| v. | * | |
| THE UNITED STATES, | * | |
| Defendant. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

Thomas E. Shakow, Aegis Law Group, LLP, 801 Pennsylvania Avenue, N.W., Suite 740, Washington, D.C., 20004, for Plaintiff.

Stuart F. Delery, Jeanne E. Davidson, Donald E. Kinner, and Douglas T. Hoffman, Commercial Litigation Branch, Civil Division, Department of Justice, Washington, D.C., 20044, for Defendant.

___

**ORDER AMENDING APRIL 30, 2015 OPINION AND ORDER**
___

**WILLIAMS**, Judge.

On May 4, 2015, the Court received an ex parte email communication from the Special Assistant to a Commissioner at the Postal Regulatory Commission requesting a correction of the Court's April 30, 2015 decision. On May 5, 2015, the Court issued a Notice informing the parties of this communication and requesting that the parties file their positions regarding the resolution of this request. Neither Plaintiff nor Defendant took a position on whether the requested correction should be made.

The Court amends the following sentence in its April 30, 2015 decision on page 7, lines 19-21 under subtitle "Major Personnel Changes at PRC: July – September 2009:" "On September 1, 2009, PRC's Chief Counsel, Michael Ravnitzky, forwarded an email to Chairman Goldway that he had received from Meyer Group's Mr. Rayborn about a possible property tour. Tr. 204:4-5 (Goldway); JX 89." The Court replaces "PRC's Chief

Counsel, Michael Ravnitzky" with "Chairman Goldway's Chief Counsel." The revised sentence reads as follows: "On September 1, 2009, Chairman Goldway's Chief Counsel forwarded an email to Chairman Goldway that he had received from Meyer Group's Mr. Rayborn about a possible property tour.  Tr. 204:4-5 (Goldway); JX 89."

                                                s/Mary Ellen Coster Williams
                                                **MARY ELLEN COSTER WILLIAMS**
                                                **Judge**